

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 28, 2020

<u>By CM/ECF</u>

Honorable Ronnie Abrams
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Carmen Nieves vs. Saul, 1:20-cv-04179-RA*

Dear Judge Abrams:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits. The Commissioner is to file a certified administrative record (CAR) by November 2, 2020. The undersigned respectfully requests a 60-day extension of this deadline to January 4, 2021 to file the CAR.

This is the Commissioner's first request for an extension of the deadline to file this certified administrative transcript. The extension is necessary because teleworking and other temporary workplace changes due to the COVID-19 pandemic have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affected its ability to prepare CARs, including obtaining transcriptions of hearing recordings from private contractors. Over the past few months, OAO has redesigned its business process to allow for a mostly virtual CAR preparation process, and has worked and continues to work to expand and improve this process. Although the current process has improved and increased CAR production, challenges remain, including rising court case filings, as well as staffing and processing problems with transcript typing service contractors. OAO asks for continued patience as it strives to resolve these issues.

Lastly, Plaintiff consents to the requested extension.


Thank you for Your Honor's consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:     *Benil Abraham*
        Benil Abraham
        Special Assistant United States Attorney
        c/o Social Security Administration
        Office of General Counsel
        26 Federal Plaza, Room 3904
        New York, NY 10278
        Tel.: (212) 264-2012
        Fax:  (212) 264-6372
        benil.abraham@ssa.gov

cc: Daniel Berger, Esq.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 29, 2020