**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CARMEN NIEVES,

                      Plaintiff,

-against-                                    20 **CIVIL** 4179 (JLC)

## JUDGMENT

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                      Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2022, Nieves' motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York

        March 30, 2022

                                                                **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                            BY:

                                                                     **Deputy Clerk**